**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| STEPHANIE MICHELLE WINTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos.:  3:15-CR-107-TWP-CCS-7 |
| | ) | 3:17-CV-305-TWP |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

In accordance with the accompanying memorandum opinion, this pro se prisoner's motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 [Doc. 1233] is **DENIED**.  For the reasons set forth in the accompanying memorandum, a certificate of appealability **SHALL NOT ISSUE**.  Also, as the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, she is **DENIED** leave to appeal *in forma pauperis*.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the civil file.

**SO ORDERED**.

E N T E R:

s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ *John L. Medearis*
  CLERK OF COURT